

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-1-1995

# Bryant v Sylvester

Precedential or Non-Precedential:

Docket 94-1635

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"Bryant v Sylvester" (1995). *1995 Decisions.* Paper 127.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/127

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

——————

No. 94-1635

——————


ANDRE M. BRYANT; FATHERS' CHILDREN'S
EQUALITY, INC.

                    Appellees,

            vs.

ESTHER R. SYLVESTER, HONORABLE,
Administrative Judge-Family Division in her
official and individual capacity; NANCY
SOBOLEVITCH, ESQUIRE, Court Administrator in
her official and individual capacity; GEOFF
GALLAS, Executive Court Administrator in his
official and individual capacity; MATTHEW
TIERNEY, Court Administrator-Family Division
in his official and individual capacity;
JOSEPH DI PRIMIO, ESQUIRE, Court
Administrator in his official and individual
capacity; ANDREA HOFFMAN-JELIN, ESQUIRE,
Director of Children and Youth Services in
her official and individual capacity

                    Appellants.

——————

    BEFORE:  STAPLETON, ROTH and LEWIS, Circuit Judges.

_____


                    O R D E R

    IT IS ORDERED THAT:

    1.   The petition for panel rehearing is granted to
permit amendment of the opinion.

    2.   The panel's opinion is vacated.

3. A revised panel opinion will be filed following circulation to the full court in accordance with IOP 9.4.

4. The application for rehearing in banc is dismissed as moot, but without prejudice to the filing of a new application for rehearing in banc in accordance with IOP 9.5.

BY THE COURT

/s/ Timothy K. Lewis
_____
Circuit Judge

Dated: June 1, 1995